<u>**CRIMINAL CAUSE FOR**</u>         **GUILTY PLEA**

<u>BEFORE JUDGE KORMAN</u>         June 23, 2005         TIME: 3:45pm
<u>CR- 04-672</u>

<u>DEFT NAME:</u>   **WILLIAM TURSI**         # 1
✓ present    ___ not present    ___ cust.    X bail

<u>DEFENSE COUNSEL:</u>         **JOHN M. MURPHY**
✓ present    ___ not present    ___ CJA    ___ RET.    ___ LAS

<u>A.U.S.A.</u>: **SARAH COYNE / ~~ANDY FRISCH~~**    CLERK: PaulaMarie Susi

<u>E.S.R.</u>: _Andrija_    OTHER: _____
<u>INT</u>: (LANG.- ___)

✓ CASE CALLED.    ✓ DEFT APPEARS WITH COUNSEL.
___ DEFT APPEARS WITHOUT COUNSEL.
___ COUNSEL PRESENT WITHOUT DEFT.
___ STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
___ STATUS CONF/HRG FOR DEFT HELD.
___ JURY SELECTION SET FOR _____
___ BEFORE J. KORMAN    ___ PARTIES CONSENT TO MAGISTRATE.
___ TRIAL SCHEDULED FOR _____.

___ **SPEEDY TRIAL** INFO FOR DEFT    ___ STILL IN EFFECT
CODE TYPE___ START_____ STOP_____
___ In the interest of justice as stated on the record, and    with consent of the parties.

___ STATUS CONF/HRG CONT'D TO_____.
___ FURTHER STATUS CONF/HRG SET FOR_____.

DEFT ✓ SWORN ___ ~~ARRAIGNED~~ ✓ INFORMED OF RIGHTS
✓ WAIVES TRIAL BEFORE DISTRICT COURT

✓ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO
CTS. _One_ OF THE ~~(Superseding)~~ (INDICTMENT)    INFORMATION.
✓ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ **DEFT REQUESTS RETURN OF PROPERTY**    ___ **ORDER FILED.**
✓ SENTENCING TO BE SET BY PROBATION.

OTHER: _Plea Agreement marked GT. Ex #1_